459 A.2d 22

Commonwealth v. Kruchinsky, Appellant.

Submitted February 2, 1982. William R. Mosolino, for appellant; Thomas J. Nickels, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

The judgment of sentence for criminal trespass is vacated. The judgments of sentence on all other counts are affirmed.